**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DERRICK L. WILLIAMS, | Case No.: 1:26-cv-02648 JLT EGC (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| KENNY JOHNSON, et al., | (Docs. 2, 10) |
| Defendants. | |

Derrick L. Williams seeks to hold Defendants liable for violations of his civil rights. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to deny Plaintiff's application to proceed in forma pauperis. (Doc. 10.) The magistrate judge advised that the "failure to file objections within the specified time may result in waiver of his rights on appeal." (*Id*. at 5, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). Plaintiff filed objections, asserting the magistrate judge improperly identified actions dismissed in the United States District Court for the Northern District of Alabama as strikes incurred by Plaintiff.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case. Having carefully reviewed the matter, including plaintiff's objections, the Court concludes the Findings and Recommendations to be supported by the record and proper analysis. The Court

has carefully examined the Alabama cases cited by the magistrate judge and agrees that they appear to have been filed by Plaintiff. The complaint in *Williams v. Jones*, No. 5:12-cv-02491-IPJ-PWG (N.D. Ala.), bears the following signature:

(*Id.*, Doc. 1 at 3.) This signature is strikingly similar to the signature affixed by Plaintiff to the complaint in this case:

(Doc. 1 at 9.) The two other Alabama cases mentioned by the magistrate judge are obviously filed by the same person who filed 5:12-cv-02491-IPJ-PWG. Consequently, the Court concludes they were filed by Plaintiff and accordingly that the findings and recommendations reach the correct conclusion.

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on May 6, 2026 (Doc. 10) are **ADOPTED** in full.

2. Plaintiff's application to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. Plaintiff SHALL pay the full $405.00 filing fee for this action **within 30 days** of the date of service of this order. Failure to pay the filing fee as directed will result in the dismissal of this action.

IT IS SO ORDERED.

Dated:    **June 19, 2026**

UNITED STATES DISTRICT JUDGE

2